# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| BRIAN ANDRE SIMPSON, | ) |
| Petitioner, | ) ) |
| v. | ) Case No. 5:21-cv-01330-ACA-SGC |
| JOSEPH HEADLEY, *et al.*, | ) ) |
| Respondents. | ) ) |

## MEMORANDUM OPINION

After Petitioner Brian Andre Simpson filed his *pro se* 28 U.S.C. § 2254 petition, the magistrate judge entered a report recommending the court deny the petition as meritless and deny a certificate of appealability. (Doc. 10). Although the magistrate judge advised Mr. Simpson of his right to object to the report and recommendation and the consequences of failing to object (*id.* at 10), the court has not received any objections.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **WILL DENY** Mr. Simpson's § 2254 petition and **WILL DENY** him a certificate of appealability.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this August 31, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE